IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER DALE CONNELL, JR.,   )
   )
   Plaintiff,   )
   )
   v.   )       1:22-CV-935
   )
KAREN RUSSELL, PA-C, et al.,   )
   )
   Defendants.   )

## **ORDER**

The Memorandum Opinion and Recommendation of the United States Magistrate

Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the

recommendation on the parties. The defendant Karen Russell[1] filed a response to the

Recommendation, Doc. 23, complying with the recommendation to provide a correct

address or propose another solution for the plaintiff to effect service of the amended

complaint. The plaintiff has filed an amended complaint which has been served on the

defendant Russell. Docs. 24, 26. Neither Russell nor the defendant Van Shaw filed

objections to the Recommendation that the defendants' motions to dismiss be denied.

After consideration of the record, the Court agrees with the Magistrate Judge that

the motions should be denied. The Court hereby adopts the Magistrate Judge's

Recommendation in full.

---

[1] As noted by the Magistrate Judge, the plaintiff appears to have misnamed the defendant Karen
Russell as Karen Adams. *See* Doc. 19 n.1. The Court will refer to her by her correct name,
Karen Russell, and will order the case caption corrected to the name in the amended complaint.
Doc. 24

It is **ORDERED** that the defendants' motions to dismiss the original complaint,

Docs. 11, 16, are **DENIED**.

It is further **ORDERED** that the case caption is amended to reflect the correct

defendant as Karen Russell, PA-C.

This the 3rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE